
SEALED

USDC- BALTIMORE
'26 JUL 22 PM4:55

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.** ABA-26-244 |
| | * | |
| **LUTHER AMOS,** | * | **(Conspiracy to Distribute and Possess** |
| **ANTOINE BENJAMIN,** | * | **with the Intent to Distribute Controlled** |
| **WENDELL BOYKINS JR.,** | * | **Substances, 21 U.S.C. § 846; Possession** |
| a/k/a "WENNY," a/k/a "WENNDUG," | * | **with the Intent to Distribute Controlled** |
| **DAVON BROWN,** | * | **Substances, 21 U.S.C. § 841(a)(1) and** |
| a/k/a "TREY," | * | **(b)(1)(C); Aiding & Abetting, 18 U.S.C.** |
| **ZY'QUIN COLEMAN,** | * | **§ 2; Forfeiture, 21 U.S.C. § 853)** |
| **XAVIER COOPER,** | * | |
| a/k/a "SMOOVE," | * | **UNDER SEAL** |
| **ANTONIO CURTIS,** | * | |
| **WALTER EPPS,** | * | |
| **KEITH FRYSON,** | * | |
| **JAMES KEENE,** | * | |
| **ANTONIO MASON,** | * | |
| **MIAYON MEDLEY,** | * | |
| **GREGORY ALEXANDER PARTLOW,** | * | |
| a/k/a "G," and | * | |
| **DARIEN WHITAKER,** | * | |
| | * | |
| **Defendants.** | * | |

*******

## MOTION TO SEAL INDICTMENT AND ARREST WARRANTS

The United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for

the District of Maryland, Alexander Levin and LaRai Everett, Assistant United States Attorney for

said District, respectfully moves this Court pursuant to Rule 6(e)(4) of the Federal Rules of

Criminal Procedure to order that the Indictment, this motion, the Court's order regarding this

motion, and any other documents filed in this case that would identify the defendant(s) be

**SEALED** in order to guard against the destruction of evidence and flight of the defendant(s).

Disclosure of the existence of these documents prior to the arrest of a defendant could

hinder or impede law enforcement efforts.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

Digitally signed by ALEXANDER LEVIN
Date: 2026.07.21 18:34:18 -04'00'

Alexander Levin
LaRai Everett
Assistant United States Attorneys