IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

     vs.

  Walter Epps

Case No.  26-cr-244-ABA-8

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for August 3, 2026 _(date)_ at 11:30am _(time)_ before Erin Aslan United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (Defendant to be held at _____) (Other Custodial Official) and produced for the hearing.

Date:  July 29, 2026

A. David Copperthite
United States Magistrate Judge