# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED ___ LODGED ___ ENTERED ___ RECEIVED

JUL 2 9 2026

BY ___

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

UNITED STATES OF AMERICA

\*

vs.

\*

ANTONIO CURTIS

\*

Case No. 26-CR-244-ABA

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

Christopher Purpura, CJA____ , and the Government was represented by Assistant United States

Attorney ___La Rai Everett_____ , it is

**ORDERED**, this _29th_ day of July _____ , 2026 , that the above-named defendant be,

and the same hereby is, DETAINED by agreement of the parties without prejudice to either side

requesting a prompt hearing to set appropriate conditions of release or otherwise address the

detention of the defendant.

_____

Douglas R. Miller
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement