## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED
LOGGED ___ ENTERED
___ RECEIVED
JUL 29 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES OF AMERICA

\*

vs.                                    Case No. 26-CR-244-ABA

\*

DAVON BROWN

\*

**\*\*\*\*\*\***

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention

hearing is set for _July 31, 2026_ (date) at _2:00 PM_ (time) before _Douglas R. Miller_

United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201

Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)

(Defendant to be held at _____ ) (Other Custodial Official) and produced for the hearing.

Date:  July 29, 2026

_____

Douglas R. Miller

United States Magistrate Judge