# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND



FILED    LODGED    ENTERED    RECEIVED

JUL 2 9 2026

BY    AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

**UNITED STATES OF AMERICA**

\*

**vs.**

Case No. 26-CR-244-ABA

\*

**ANTOINE BENJAMIN**

\*

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _July 30, 2026_ *(date)* at _10:00 AM_ *(time)* before _Douglas R. Miller_ United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (Defendant to be held at _____ ) (Other Custodial Official) and produced for the hearing.

Date: July 29, 2026

_____

Douglas R. Miller

United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention