IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
LOGGED
ENTERED
RECEIVED

JUL 29 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

UNITED STATES OF AMERICA

vs.

GREGORY PARTLOW

\*

\*

\*

Case No. 26-CR-244-ABA

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

Joseph Pappafotis, CJA ·, and the Government was represented by Assistant United States

Attorney LaRai Everett , it is

ORDERED, this 29th day of July , 2026 , that the above-named defendant be,

and the same hereby is, DETAINED by agreement of the parties without prejudice to either side

requesting a prompt hearing to set appropriate conditions of release or otherwise address the

detention of the defendant.

Douglas R. Miller
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement